# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| DIANNA LYNN LEEPER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | NO. CIV-14-1401-HE |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner | ) | |
| of Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Plaintiff Dianna Lynn Leeper filed this action seeking to appeal the final decision of the Commissioner of the Social Security Administration ("Commissioner") denying her application for disability insurance benefits and supplemental security income benefits under the Social Security Act. Consistent with 28 U.S.C. § 636(b)(1)(B), the case was referred to Magistrate Judge Shon T. Erwin, who recommends that the decision of the Commissioner be affirmed. Objections to the Report and Recommendation were due by January 25, 2016. No objection was filed.

Having failed to object to the Report and Recommendation, the parties have waived their right to appellate review of the factual and legal issues it addressed. United States v. One Parcel of Real Property, 73 F.3d 1057, 1059-60 (10th Cir. 1996); *see* 28 U.S.C. § 636(b)(1)(C) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations *to which objection is made*." (emphasis added)). Accordingly, the Report and Recommendation [Doc. No. 23] is

**ADOPTED** and the decision of the Commissioner is **AFFIRMED.**

**IT IS SO ORDERED**.

Dated this 22nd day of February, 2016.

JOE HEATON
CHIEF U.S. DISTRICT JUDGE